1  GEOFFREY HANSEN
   Acting Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant SANTIAGO-GARCIA

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,              Case No.: CR 11-00684 EJD

12                     Plaintiff,          **STIPULATION TO CONTINUE
                                           HEARING AND EXCLUDE TIME;**
13              v.                         **[PROPOSED] ORDER**

14  HERMINO SANTIAGO-GARCIA,
                                           Honorable Edward J. Davila
15                     Defendants.

16  _____/

17                            **STIPULATION**

18        The defendant, Hermino Santiago-Garcia, and the government, through their respective

19  counsel, hereby stipulate that, subject to the Court's approval, the status hearing in the above-

20  captioned matter, presently set for January 9, 2012, at 1:30 p.m., be continued to February 13, 2012,

21  at 1:30 p.m.

22        The reason for the requested continuance is that Mr. Santiago-Garcia's defense counsel is on

23  extended maternity leave, and this matter will be reassigned within the Office of the Federal Public

24  Defender to Assistant Federal Public Defender Heather Rodgers, whose scheduled start date is

25  January 17, 2012.  The Federal Public Defender respectfully requests that this matter be continued to

26  grant Mr. Santiago-Garcia's new counsel necessary time in order to effectively prepare.

1   Accordingly, the parties agree and stipulate that time should be excluded from January 9,

2   2012, through and including February 13, 2012, under the Speedy Trial Act, 18 U.S.C. §

3   3161(h)(7)(A) and (B)(iv), for effective preparation.  Mr. Santiago-Garcia and the government

4   further agree that granting the requested exclusion of time will serve the interest of justice and the

5   ends of justice outweigh the interest of the public and the defendant in a speedy trial. The parties

6   therefore stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and

7   (B)(iv).

8   IT IS SO STIPULATED.

9   Dated:  January 4, 2012                    _____/s/_____
                                                          LARA S. VINNARD
10                                                        Assistant Federal Public Defender

11   Dated: January 4, 2012                   _____/s/_____
                                                          ANN MARIE URSINI
12                                                        Special Assistant United States Attorney

13

14                                   **[PROPOSED] ORDER**

15   The parties have jointly requested a continuance of the hearing set for January 9, 2012,  for

16   effective preparation of defense counsel.   GOOD CAUSE APPEARING, IT IS HEREBY

17   ORDERED that the hearing date presently set for January 9, 2012 at 1:30 p.m., be continued to

18   February 13, 2012 at 1:30 p.m.

19   Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

20   under the Speedy Trial Act from January 9, 2012 to February 13, 2012.   The Court finds, based on

21   the aforementioned reasons, that the ends of justice served by granting the requested continuance

22   outweigh the interest of the public and the defendant in a speedy trial.  The failure to grant the

23   requested continuance would deny new defense counsel reasonable time necessary for effective

24   preparation, taking into account the exercise of due diligence.

25   ///

26   ///

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 11-00684 EJD                    2

1        The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§

2  3161(h)(8)(A) and (B)(iv).

3        IT IS SO ORDERED.

4

Dated:  January 6, 2012

5                           HON. EDWARD J. DAVILA

                             UNTIED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 11-00684 EJD         3