1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant SANTIAGO-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00684-EJD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING SENTENCING |
| vs. | ) | HEARING DATE TO DECEMBER 17, 2012 |
| | ) | |
| HERMINIO-SANTIAGO-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Defendant Herminio Santiago Garcia, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Special Assistant United States Attorney Ann Marie Ursini, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing currently set in this matter for Monday, December 3, 2012, at 1:30 p.m., be continued to Monday, December 17, 2012, at 1:30 p.m.

Mr. Santiago-Garcia has entered an open plea to one count of violating 18 U.S.C. § 1326, illegal reentry.  A sentencing hearing is presently set in this matter for December 3, 2012, and counsel for Mr. Santiago-Garcia respectfully request additional time to effectively prepare for the sentencing hearing.  Accordingly, the defense respectfully request that the sentencing

Stipulation and [Proposed] Order Continuing
Hearing                                                         1

1  hearing date be continued to December 17, 2012.  United States Probation Officer Karen Mar,

2  who has been assigned to conduct the presentence investigation, has been consulted about the

3  requested continuance and has no objection.  The parties further agree that the deadlines by

4  which the United States Probation Office must disclose the draft and final pre-sentence reports

5  shall be adjusted according to the new December 17, 2012, sentencing date.

6

7  Dated:  November 18, 2012

_____/s/_____
8  VARELL L. FULLER
   Assistant Federal Public Defender

9

10 Dated  November 18, 2012              _____/s/_____
    ANN MARIE URSINI
11  Special Assistant United States Attorney

12
                        [PROPOSED] ORDER
13
        GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that
14
    the sentencing hearing date set for Monday, December 3, 2012, at 1:30 p.m. is continued to
15
    Monday, December 17, 2012, at 1:30 p.m., and the dates by which United States Probation must
16
    disclose the draft and final pre-sentence reports shall be adjusted accordingly.
17

18
    Dated:  11/20/2012
19                                          _____
                                            THE HONORABLE EDWARD J. DAVILA
                                            United States District Court Judge
20

21

22

23

24

25

26

Stipulation and [Proposed] Order Continuing
Hearing                                    2