STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SANTIAGO-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-000684-EJD |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING SENTENCING |
| vs. ) | HEARING DATE TO JANUARY 28, 2013 |
| ) | |
| HERMINIO SANTIAGO-GARCIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Defendant Herminio-Santiago-Garcia, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Special Assistant United States Attorney Ann Marie Ursini, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing currently set in this matter for Monday, December 17, 2012, at 1:30 p.m., be continued to Monday, January 28, 2013, at 1:30 p.m.

Mr. Santiago-Garcia has entered an open plea to one count of violating 18 U.S.C. § 1326, illegal reentry. A sentencing hearing is presently set in this matter for December 17, 2012, and counsel for Mr. Santiago-Garcia respectfully request a brief continuance to January to permit counsel for Mr. Santiago-Garcia additional time to prepare for the sentencing hearing.

Stipulation and [PROPOSED] Order Continuing
Hearing                                                                 1

1  Accordingly, the defense respectfully request that the sentencing hearing date be continued to

2  January 28, 2013.  United States Probation Officer Karen Mar, who has been assigned to conduct

3  the presentence investigation, has been consulted about the requested continuance and has no

4  objection.

5

6  Dated:  December 12, 2012

7                                      _____/s/_____
                                    VARELL L. FULLER
8                                     Assistant Federal Public Defender

9  Dated  December 12, 2012        _____/s/_____
                                    ANN MARIE URSINI
10                                     Special Assistant United States Attorney

11
                                  **[PROPOSED] ORDER**
12
     GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that
13
the sentencing hearing date set for Monday, December 17, 2012, at 1:30 p.m. is continued to
14
Monday, January 28, 2013, at 1:30 p.m.
15

16
Dated: 12/13/2012                                _____
17                                      THE HONORABLE EDWARD J. DAVILA
                                     United States District Court Judge
18

19

20

21

22

23

24

25

26